IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RGN-GROUP HOLDINGS, LLC, a Delaware limited liability company, *et al.*[1] | Case No. 20-11961 (BLS) (Jointly Administered) |
| Debtors. | Docket Ref. Nos. 14 & 4 |

**ORDER (I) DIRECTING JOINT ADMINISTRATION AND (II) AUTHORIZING THE FILING OF A CONSOLIDATED CREDITOR MATRIX**

Upon the motion [Case No. 20-11894; D.I. 14] (the "Motion")[2] and the joinder [Case No. 20-11961; D.I. 4] (the "Joinder") filed by the above-captioned Debtors for entry of an order under section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1001, 1007, and 1015, and Local Rules 1001-1(c) and 1015-1 authorizing (i) the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (ii) the filing of a consolidated creditor matrix in lieu of separate mailing matrices for each Debtor; and it appearing that (i) the Court has jurisdiction over these chapter 11 cases and the Motion under 28 U.S.C. §§ 1334(b) and 157, and the Order of Reference, (ii) venue of these chapter 11 cases and the Motion in this Court is proper under 28 U.S.C. §§ 1408 and 1409, (iii) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's Federal Employer Identification Numbers ("FEIN"), where applicable are as follows: RGN-Group Holdings, LLC, RGN-National Business Centers, LLC (7723), H Work, LLC (4516), RGN-Columbus IV, LLC, RGN-Chapel Hill II, LLC, RGN-Chicago XVI, LLC, and RGN-Fort Lauderdale III, LLC.  The aforementioned Debtors that do not include a FEIN are disregarded entities for tax purposes and do not have FEINs.  The mailing address for the Debtors is 3000 Kellway Drive, Suite 140, Carrollton, Texas 75006 (Attn: James S. Feltman, Responsible Officer).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

ACTIVE.124790900.15

Constitution, and (iv) notice of the Motion and Joinder was adequate and proper under the circumstances, and no other or further notice need be given; and the Court having held a hearing to consider the relief requested in the Motion and the Joinder; and upon the record of the hearing and all of the proceedings had before this Court; and it appearing that the relief requested in the Motion and the Joinder is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest, and that the legal and factual bases set forth in the Motion and the Joinder establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion and the Joinder are GRANTED, as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 20-11961 (BLS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

4. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

| | |
|---|---|
| In re: | Chapter 11 |
| RGN-GROUP HOLDINGS, LLC, a Delaware limited liability company, *et al.*,[1] | Case No. 20-11961 (BLS)<br>(Jointly Administered) |
| Debtors. | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's Federal Employer Identification Numbers ("FEIN"), where applicable are as follows: RGN-Group Holdings, LLC, RGN-National Business Centers, LLC (7723), H Work, LLC (4516), RGN-Columbus IV, LLC, RGN-Chapel Hill II, LLC, RGN-Chicago XVI, LLC, and RGN-Fort

Lauderdale III, LLC.  The aforementioned Debtors that do not include a FEIN are disregarded entities for tax purposes and do not have FEINs.  The mailing address for the Debtors is 3000 Kellway Drive, Suite 140, Carrollton, Texas 75006 (Attn: James S. Feltman, Officer).

5. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

6. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of RGN-GROUP HOLDINGS, LLC, Case No. 20-11961 (BLS).

7. A docket entry shall be made in the chapter 11 cases of the Debtors other than RGN-GROUP HOLDINGS, LLC substantially as follows:

> An order has been entered in this case consolidating this case with the case of RGN-GROUP HOLDINGS, LLC, Case No. 20-11961 (BLS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 20-11961 (BLS) should be consulted for all matters affecting this case.

8. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9. The Debtors are authorized to file a consolidated Creditor Matrix; however, for the avoidance of doubt, this Order does not otherwise modify the Debtors' reporting obligations.

10. The procedural relief requested in the Motion and the Joinder and granted by this Order is for administrative purposes only, and nothing contained in the Motion, the Joinder, or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors or their estates.

11. This Order shall take effect immediately upon entry.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implantation, interpretation, and enforcement of this Order.

**Dated: August 20th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**